# United States Court of Appeals
## For the First Circuit

---

No. 15-1543

NICOLE LANG,

Plaintiff, Appellant,

v.

WAL-MART STORES EAST, L.P.,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion for this Court issued March 2, 2016 is amended as follows:

On page 4, line 19:  change "All and all" to "All in all"